# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0317. STEVEN HARPER v. THE STATE.**

After pleading guilty, Steven Harper filed a motion to vacate a void sentence, arguing that the State failed to provide him proper notice of its intent to seek recidivist sentencing. On December 13, 2018, the trial court denied the motion. Harper filed an application for discretionary appeal from this order on January 17, 2019. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Harper's application was filed 35 days after entry of the order he seeks to appeal, it is untimely. We thus lack jurisdiction over this application for discretionary appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/14/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.